# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2012

144373 & (35)(36)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
        Plaintiff-Appellee,

v

                                      SC: 144373
                                      COA: 306830
                                      Wayne CC: 11-008906-AV

TIFFANY JORDAN,
        Defendant-Appellant.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2012 _____    _____
                                                        Clerk

t0403